IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,**

    **Plaintiff,**

v.

**GERALD J. LEPINSKI, JR., d/b/a
LAKEVIEW CONSTRUCTION, LLC,**

    **Defendant.**                                  **Case No. 07-cv-14-DRH**

## ORDER

**HERNDON, Chief Judge:**

In an Order (Doc. 17) issued January 29, 2008, the Court granted Plaintiff's Motion for Default Judgment (Doc. 12), but delayed entry to allow Plaintiff to supplement its Motion with itemized statements reasonably detailing the $2,942.00 in attorneys' fees (incurred in Case No. 04-cv-4062-JLF) that its seeks from Defendant in reimbursement. If Plaintiff was unable to provide the Court with the necessary documentation, the Order stated that it would enter a default judgment in the amount of $5,957.68 against Defendant. In response, Plaintiff has renewed its Motion for Default Judgment (Doc. 18), stating that it is unable to supplement its Motion as the itemized statements for the attorneys' fees sought are no longer in existence. Thus, Plaintiff moves for a default judgment against Defendant in the amount indicated in the Court's prior Order, issued January 29, 2008 (Doc. 17).

As such, the Court **GRANTS** Plaintiff's renewed Motion for Default Judgment (Doc. 18), thereby **FINDING AS MOOT** Plaintiff's initial Motion for Default Judgment (Doc. 12). Accordingly, the Court **DIRECTS** the Clerk to enter a **DEFAULT JUDGMENT** in favor of plaintiff Trustees of Central Laborers' Pension, Welfare & Annuity Funds and against defendant Gerald J. Lepinski, Jr., d/b/a Lakeview Construction, LLC, in the amount of Four Thousand Nine Hundred Fifty Seven Dollars and Thirty Cents ($4,957.30), plus One Thousand Dollars and Thirty Eight Cents ($1,000.38) in attorney's fees and court costs for a **TOTAL Judgment** of **Five Thousand Nine Hundred Fifty Seven Dollars and Sixty Eight Cents ($5,957.68)**.

**IT IS SO ORDERED**.

Signed this 8th day of February, 2008.

/s/    David R Herndon
**Chief Judge**
**United States District Court**