# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUSTEES OF CENTRAL LABORERS'**
**PENSION WELFARE AND ANNUITY FUNDS,**

      **Plaintiffs,**

   **-vs-**                **CIVIL ACTION NO. 07-CV-14 DRH**

**GERALD J. LEPINSKI, JR., d/b/a**
**LAKEVIEW CONSTRUCTION, LLC,**

     **Defendant.**

## DEFAULT JUDGMENT IN A CIVIL CASE

      **DECISION BY THE COURT:** This action came to hearing before the Court on the

Plaintiffs' motion for default judgment.

      **IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion is **GRANTED**.

Judgment is entered in favor of Plaintiff **TRUSTEES OF CENTRAL LABORERS' PENSION,**

**WELFARE AND ANNUITY FUNDS** and against Defendant **GERALD J. LEPINSKI., d/b/a**

**LAKEVIEW CONSTRUCTION, LLC** in the sum of $4,957.30 and attorneys' fees and costs in

the sum of $1,000.38 for a total Judgment in the amount of $5,957.68.------------------------------------

                                       **NORBERT G. JAWORSKI, CLERK**

February 11, 2008                BY:  s/Patricia Brown
                                         Deputy Clerk

APPROVED: /s/ *David R Herndon*
            **CHIEF JUDGE**
            **U.S. DISTRICT JUDGE**